UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CODY, et al., | No. 2:23-cv-2318-TLN-KJN PS |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF SAN JOAQUIN, et al., | |
| Defendants. | |

On October 13, 2023, plaintiffs filed their complaint against defendants. (ECF No. 1.) Because plaintiffs proceeded without counsel, the case was referred to the magistrate judge. Local Rule 302(c)(21). Plaintiffs filed an amended complaint on January 5, 2024. (ECF No. 4.)

On February 1, 2024, defendants filed a motion for a more definite statement, setting it for a hearing on March 12, 2024, before the magistrate judge. (ECF No. 12.) Plaintiffs' opposition was due by February 15, 2024. See Local Rule 230. However, on the due date, plaintiffs filed a proposed substitution of attorney, which the court has approved. (ECF No. 14.)

Given these developments, IT IS HEREBY ORDERED that:

1. On the court's own motion, the hearing set for March 12, 2024, is VACATED;
2. This case is STAYED;
3. Counsel are ordered to confer over the state of the case and file a statement, within 14 days of this order, indicating how the parties intend to proceed. If plaintiffs wish to

1

1    submit on defendants' pending motion and file an amended complaint, they shall move to
2    do, and defendants shall consider stipulating to this amendment. If plaintiffs intend to
3    oppose defendants' pending motion, the opposition shall be filed within 14 days of this
4    order. Plaintiffs shall file a request to lift the stay alongside their filing;

5.  4. The Clerk of the Court is directed to remove the "pro se" designation from this case; and
6.  5. This case is REFERRED to the assigned district judge for further proceedings.

Dated: February 16, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

cody.2318