DANA A. SUNTAG (California State Bar # 125127)
AMY N. SEILLIERE (California State Bar # 335694)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, CA  95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
aseilliere@herumcrabtree.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN,
LAZARO GONZALES, CHARLIE FOO,
RACHEL APODACA (erroneously sued as "Rachel Akers"),
and ALISTAIR SHEAFFER (erroneously sued as "Alistair Schaeffer")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CODY, et al.,<br><br>              Plaintiffs,<br><br>      vs.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>              Defendants. | Case No.: 2:23-cv-02318-TLN-KJN<br><br>**STIPULATION AND ORDER RE PLAINTIFFS FILING SECOND AMENDED COMPLAINT AND DISMISSING DEFENDANTS' PENDING MOTION FOR MORE DEFINITE STATEMENT WITHOUT PREJUDICE**<br><br>**[No hearing requested]** |

This stipulation is entered into between Plaintiffs and Defendants County of San Joaquin, Lazaro Gonzales, Charlie Foo, Rachel Apodaca (erroneously sued as "Rachel Akers"), and Alistair Sheaffer (erroneously sued as "Alistair Schaeffer") (collectively, "Defendants"), all through their counsel of record.

## **RECITALS**

**A.** On October 15, 2023, Plaintiffs filed this lawsuit, *pro se*.

**B.** On January 5, 2024, Plaintiffs filed their First Amended Complaint.

**C.** On February 1, 2024, Defendants filed a Motion For More Definite Statement, which was scheduled for hearing on March 12, 2024.

**D.** On February 15, 2024, counsel substituted into the case for Plaintiffs.

**E.** On February 16, 2024, the Court issued an Order at Dkt. 15 that stayed the case and vacated the March 12, 2024, hearing. The Order further required counsel to confer and file a statement by March 1, 2024, indicating how the parties intend to proceed, and also addressed potential ways of proceeding. The Order also removed the "pro se" designation from the case and referred the case to the District Judge for further proceedings.

**F.** Counsel for the parties (Robert R. Powell for Plaintiffs, Dana A. Suntag for Defendants) have conferred and agree to the following stipulations, and respectfully request this Court order same.

**IT IS STIPULATED AND AGREED** by the parties, through their counsel of record, as follows:

**1.** The pending Motion For More Definite Statement is dismissed without prejudice.

**2.** Plaintiffs shall file a Second Amended Complaint by March 12, 2024.

**3.** Defendants reserve all defenses, and shall have 30 days from filing of the Second Amended Complaint to move, plead, or otherwise respond to it, including without limitation by motion under F.R.C.P. Rule 12.

4. The Second Amended Complaint will correct the name of "Rachel Akers" to Rachel Apodaca; this will not require the filing of an amended/corrected summons, and all parties, by and through counsel, acknowledge and agree all references in the First Amended Complaint to "Rachel Akers" were references to "Rachel Apodaca."

Dated: February 23, 2024               HERUM\CRABTREE\SUNTAG, LLP

By: /s/ *Dana A. Suntag*
    DANA A. SUNTAG
    Attorneys for Defendants COUNTY OF SAN JOAQUIN, LAZARO GONZALES, CHARLIE FOO, RACHEL APODACA (erroneously sued as "Rachel Akers"), and ALISTAIR SHEAFFER (erroneously sued as "Alistair Schaeffer")

Dated: February 23, 2024               **POWELL & ASSOCIATES**

By: /s/ *Robert R. Powell*
    ROBERT R. POWELL
    Attorneys for Plaintiffs

### O R D E R

Based on the foregoing stipulation of the parties, and good cause appearing therefor, the Stipulation recited above is hereby adopted as an Order of this Court.

**IT IS SO ORDERED.**

DATED: February 23, 2024

Troy L. Nunley
United States District Judge