ROBERT R. POWELL, SBN: 159747
**POWELL & ASSOCIATES**
925 West Hedding Street
San Jose, California 95126
T: 408-553-0201 F: 408-553-0203
E: rpowell@rrpassociates.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CODY, et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | Case No. 2-23-cv-02318-TLN-KJN<br><br>ORDER APPOINTING KAYCIE CODY AS GUARDIAN AD LITEM FOR MINORS K.S.-1 AND K.S.-2 |

## ORDER OF THE COURT

Based on the Application for Appointment of Kaycie Cody as Guardian Ad Litem for minor children K.S.-1 and K.S.-2, submitted on February 7, 2025, and the Points and Authorities and Declarations submitted in support of the order requested, with good cause appearing, the Court hereby orders the following:

1. Plaintiff Kaycie Cody is hereby appointed as the Guardian Ad Litem for minor Plaintiffs K.S.-1 and K.S.-2 for the duration of this case.

**IT IS SO ORDERED.**

DATED: February 12, 2025

_____
Troy L. Nunley
Chief United States District Judge

Appointing GAL Kaycie Cody
Case No.: 2-23-cv-02318-TLN-KJN
Nicholas Cody, et. al., v. County of San Joaquin, et al.