DANA A. SUNTAG (California State Bar # 125127)
JOSHUA J. STEVENS (California State Bar # 238105)
AMY N. SEILLIERE (California State Bar # 335694)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
aseilliere@herumcrabtree.com

Attorneys for Defendants
COUNTY OF SAN JOAQUIN
(including its HUMAN SERVICES AGENCY),
LAZARO GONZALEZ, CHARLIE FOO, and
RACHEL APODACA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS CODY, SKYLAR CODY, KAYCIE CODY, individually and as guardian ad litem for her minor children K.S.-1 and K.S.-2<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SAN JOAQUIN, et al..<br><br>Defendants. | Case No.: 2:23-cv-02318-TLN-CSK<br><br>**STIPULATION AND ORDER RE EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**[No hearing requested]** |

HERUM\CRABTREE\SUNTAG
ATTORNEYS

1

STIPULATION AND ORDER

This stipulation is entered into between Plaintiffs and Defendants County of San Joaquin (the "County"), Lazaro Gonzalez, Charlie Foo, and Rachel Apodaca (collectively, "Defendants").

R E C I T A L S

A.      On April 9, 2025, Plaintiffs filed their TAC. (ECF No. 43). Plaintiffs' claims are all based on the events that occurred in and relating to minor dependency proceedings with San Joaquin County Child Protective Services and the San Joaquin County Dependency Court. All the documents regarding those matters (referred to as the "juvenile case files") are protected from disclosure/release (even to counsel of record in this case) by California Welfare and Institutions Code Section 827. In March 2025, defense counsel filed petitions with the San Joaquin County Dependency Court seeking access to those records.

B.      On April 30, 2025, Defendants County and Mr. Foo filed a motion for administrative relief under LR 233 seeking an extension of time to answer the TAC while defense counsel await release of the juvenile case files. (ECF No. 45). The motion stated defense counsel would notify this Court both when the Dependency Court rules on the petitions (and defense counsel would provide a copy of the ruling to this Court) and when defense counsel receive the juvenile case file records the Dependency Court authorizes to be released, so that a reasonable date for the filing of the Answer could be set. *Id*.

C.      By minute order issued from Chambers on May 19, 2025, the Court granted the motion, stating "[t]he Court hereby GRANTS Defendants' Motion." (ECF No. 50).

D.      On December 3, 2025, Defendants Gonzalez and Apodaca filed a motion for administrative relief that was substantively identical to the County and Foo's motion for administrative relief that this Court granted in ECF No. 50. (ECF No. 54). Defendants Gonzalez and Foo's motion for administrative relief sought the exact same relief as the motion for administrative relief Defendants County and Foo had filed: to extend their time to respond to the TAC such that defense counsel would notify this Court both when the Dependency Court rules on the petitions (and provide a copy of the ruling to this Court)

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

2

STIPULATION AND ORDER

and when defense counsel receive the juvenile case file records the Dependency Court authorizes to be released, so that a reasonable date for the filing of the Answer could be set. *Id*.

E.     Before this Court ruled on that administrative motion, the Dependency Court held hearings on defense counsel's petitions, and by orders issued on December 15, 2025, it granted defense counsel's petitions. Defense counsel brought that to this Court's attention by filing on December 18, 2025, a declaration with copies of the Dependency Court's orders attached (as both motions for administrative relief had promised). (ECF No. 58). The Declaration stated defense counsel would further notify this Court when defense counsel receives the juvenile case files. *Id*., ¶ 5.

F.     On December 19, 2025, this Court issued from Chambers a minute order (ECF No. 59) stating it was granting Defendants Gonzalez and Apodaca's motion for administrative relief (ECF No. 54), but the minute order did not take into account the fact that the motions for administrative relief requested Defendants' deadline to answer be set after defense counsel actually receives copies of the juvenile case file records, which has not yet occurred: the minute order, while expressly stating this Court found good cause for the relief requested in the motion for administrative relief, directed all Defendants to file an answer to the TAC within 30 days of the order (*i.e.*, by January 20, 2026). (ECF No. 59).

G.     On December 24, 2025, defense counsel filed a Supplemental Declaration explaining that while the Dependency Court had granted the petitions, it had not yet released the juvenile case files. (ECF No. 60). In the Supplemental Declaration, defense counsel again promised to advise this Court when defense counsel receives copies of the juvenile case files so this Court can set a reasonable deadline for Answers to be filed. (ECF No. 60, ¶ 9). The Supplemental Declaration also requested this Court issue an amended order directing defense counsel to update this Court when defense counsel received the juvenile case files so this Court could, at that time, set a reasonable date for the filing of Answers. (ECF No. 60, ¶ 11).

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

3

STIPULATION AND ORDER

H.      This Court has not yet acted in response to the Supplemental Declaration.

I.      Defense counsel represent they have not yet received any portion of the juvenile case files.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record, as follows:

1.      Within five court days of their receipt of copies of the juvenile case files, defense counsel will file a Declaration with this Court so advising this Court, so that a reasonable date for Defendants to file an Answer to the TAC can be set.

2.      Pending that, Defendants have an extension of time to Answer the TAC.

Dated: January 15, 2026                    HERUM\CRABTREE\SUNTAG, LLP


By: /s/ Dana A. Suntag
    DANA A. SUNTAG
    Attorneys for Defendants
    COUNTY OF SAN JOAQUIN,
    LAZARO GONZALEZ, CHARLIE
    FOO, and RACHEL APODACA

Dated: January 15, 2026                    POWELL & ASSOCIATES


By: /s/ Robert R. Powell
    ROBERT R. POWELL
    Attorneys for Plaintiffs

O R D E R

Good cause appearing therefor, IT IS SO ORDERED.

Dated: January 15, 2026

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER